# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**PAu 3-844-508**

**Effective Date of Registration:**
July 14, 2017

## Title

| | |
|---|---|
| Title of Work: | The Hitman's Bodyguard |
| Nature of Claim: | Motion Picture |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2017 |

## Author

| | |
|---|---|
| • Author: | Bodyguard Productions, Inc. |
| Author Created: | Entire Film |
| Work made for hire: | Yes |
| Domiciled in: | United States |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Bodyguard Productions, Inc. |
| | 318 N. Carson Street, #208  Carson City, NV 89701 |

## Limitation of copyright claim

| | |
|---|---|
| Previously registered: | Yes |
| Previous registration and year: | PRE000009432, 2017 |
| Basis of current registration: | This is a changed version of the work. |
| New material included in claim: | Cinematographic material including performance, production as a motion picture, editing and all audio visual elements including photography, dialogue, music and special effects. |

## Certification

| | |
|---|---|
| Name: | Michael A. Hierl |
| Date: | July 13, 2017 |

# EXHIBIT B

| No | IP | Port | Hit Date UTC | File Name | File Hash | ISP | Region | City | Province |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 66.41.59.176 | 61033 | 2017-09-16 01:03:34 | The.Hitmans.Bodyguard.2017.720p.WEBRip.XviD.AC3-FGT | SHA1: 3105E6C382E4DDA242DAC769DB8F77D86D0302AA | Comcast Cable | Illinois | Rockford | Winnebago |
| 2 | 76.16.142.54 | 52812 | 2017-09-16 01:06:11 | The.Hitmans.Bodyguard.2017.720p.WEBRip.XviD.AC3-FGT | SHA1: 3105E6C382E4DDA242DAC769DB8F77D86D0302AA | Comcast Cable | Illinois | Lake Forest | Lake |
| 3 | 73.73.200.44 | 56553 | 2017-09-16 01:15:52 | The.Hitmans.Bodyguard.2017.720p.WEBRip.XviD.AC3-FGT | SHA1: 3105E6C382E4DDA242DAC769DB8F77D86D0302AA | Comcast Cable | Illinois | Aurora | DuPage |
| 4 | 73.176.30.81 | 50321 | 2017-09-16 02:13:56 | The.Hitmans.Bodyguard.2017.720p.WEBRip.XviD.AC3-FGT | SHA1: 3105E6C382E4DDA242DAC769DB8F77D86D0302AA | Comcast Cable | Illinois | Bartlett | Cook |
| 5 | 71.239.226.109 | 53452 | 2017-09-16 03:01:44 | The.Hitmans.Bodyguard.2017.720p.WEBRip.XviD.AC3-FGT | SHA1: 3105E6C382E4DDA242DAC769DB8F77D86D0302AA | Comcast Cable | Illinois | Joliet | Will |
| 6 | 71.239.31.197 | 41039 | 2017-09-16 03:10:59 | The.Hitmans.Bodyguard.2017.720p.WEBRip.XviD.AC3-FGT | SHA1: 3105E6C382E4DDA242DAC769DB8F77D86D0302AA | Comcast Cable | Illinois | Justice | Kendall |
| 7 | 24.12.145.226 | 50069 | 2017-09-16 04:20:56 | The.Hitmans.Bodyguard.2017.720p.WEBRip.XviD.AC3-FGT | SHA1: 3105E6C382E4DDA242DAC769DB8F77D86D0302AA | Comcast Cable | Illinois | Buffalo Grove | Lake |
| 8 | 71.57.33.234 | 49104 | 2017-09-16 04:22:20 | The.Hitmans.Bodyguard.2017.720p.WEBRip.XviD.AC3-FGT | SHA1: 3105E6C382E4DDA242DAC769DB8F77D86D0302AA | Comcast Cable | Illinois | Cicero | Cook |
| 9 | 73.9.254.146 | 59264 | 2017-09-16 05:59:00 | The.Hitmans.Bodyguard.2017.720p.WEBRip.XviD.AC3-FGT | SHA1: 3105E6C382E4DDA242DAC769DB8F77D86D0302AA | Comcast Cable | Illinois | Chicago | Cook |
| 10 | 73.45.78.148 | 64335 | 2017-09-16 06:58:04 | The.Hitmans.Bodyguard.2017.720p.WEBRip.XviD.AC3-FGT | SHA1: 3105E6C382E4DDA242DAC769DB8F77D86D0302AA | Comcast Cable | Illinois | Palatine | Cook |
| 11 | 24.13.210.3 | 37492 | 2017-09-16 11:58:48 | The.Hitmans.Bodyguard.2017.720p.WEBRip.XviD.AC3-FGT | SHA1: 3105E6C382E4DDA242DAC769DB8F77D86D0302AA | Comcast Cable | Illinois | Park Ridge | Cook |
| 12 | 98.213.91.151 | 50321 | 2017-09-16 13:22:05 | The.Hitmans.Bodyguard.2017.720p.WEBRip.XviD.AC3-FGT | SHA1: 3105E6C382E4DDA242DAC769DB8F77D86D0302AA | Comcast Cable | Illinois | Glenwood | Cook |
| 13 | 24.14.2.88 | 57497 | 2017-09-16 14:38:02 | The.Hitmans.Bodyguard.2017.720p.WEBRip.XviD.AC3-FGT | SHA1: 3105E6C382E4DDA242DAC769DB8F77D86D0302AA | Comcast Cable | Illinois | Darien | DuPage |
| 14 | 73.110.34.97 | 63751 | 2017-09-16 16:13:48 | The.Hitmans.Bodyguard.2017.720p.WEBRip.XviD.AC3-FGT | SHA1: 3105E6C382E4DDA242DAC769DB8F77D86D0302AA | Comcast Cable | Illinois | Chicago | Cook |
| 15 | 71.239.136.181 | 50321 | 2017-09-16 20:49:39 | The.Hitmans.Bodyguard.2017.720p.WEBRip.XviD.AC3-FGT | SHA1: 3105E6C382E4DDA242DAC769DB8F77D86D0302AA | Comcast Cable | Illinois | Chicago | Cook |
| 16 | 24.13.112.28 | 34250 | 2017-09-16 21:13:32 | The.Hitmans.Bodyguard.2017.720p.WEBRip.XviD.AC3-FGT | SHA1: 3105E6C382E4DDA242DAC769DB8F77D86D0302AA | Comcast Cable | Illinois | Chicago | Cook |
| 17 | 73.110.37.213 | 61488 | 2017-09-16 21:48:41 | The.Hitmans.Bodyguard.2017.720p.WEBRip.XviD.AC3-FGT | SHA1: 3105E6C382E4DDA242DAC769DB8F77D86D0302AA | Comcast Cable | Illinois | Chicago | Cook |
| 18 | 71.201.34.47 | 50217 | 2017-09-16 21:56:06 | The.Hitmans.Bodyguard.2017.720p.WEBRip.XviD.AC3-FGT | SHA1: 3105E6C382E4DDA242DAC769DB8F77D86D0302AA | Comcast Cable | Illinois | Chicago | Cook |
| 19 | 73.210.84.133 | 42421 | 2017-09-16 22:51:58 | The.Hitmans.Bodyguard.2017.720p.WEBRip.XviD.AC3-FGT | SHA1: 3105E6C382E4DDA242DAC769DB8F77D86D0302AA | Comcast Cable | Illinois | Rockford | Winnebago |
| 20 | 67.175.200.204 | 60405 | 2017-09-16 23:15:23 | The.Hitmans.Bodyguard.2017.720p.WEBRip.XviD.AC3-FGT | SHA1: 3105E6C382E4DDA242DAC769DB8F77D86D0302AA | Comcast Cable | Illinois | Chicago | Cook |